UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>SAMAN DELAFRAZ, and<br><br>BENJAMIN DANESHGAR,<br><br>DEFENDANTS | CASE NUMBER<br><br>CR 2:25-cr-00836-GW |
|  | **NOTICE TO COURT OF<br>RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

FILED
CLERK, U.S. DISTRICT COURT
10/15/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MRV___ DEPUTY

    Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

  United States v. Blade Bai et al., Case No. 2:20-CR-621-AB, which:

   __X__   was previously assigned to the Honorable André Birotte Jr.;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   __X__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

    Additional explanation (if any):

Dated: October 15, 2025

_[signature]_
KHALDOUN SHOBAKI
Assistant United States Attorney