UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00836-GW | Date: 10/23/2025 |
| Present: The Honorable: Rozella A. Oliver, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Eduardo Ramirez | CS 10/23/2025 | Khaldoun Shobaki |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | ✔ Present | Released on Bond | Attorneys for Defendants: | ✔ Present | Retained |
|---|---|---|---|---|---|
| Saman Delafraz | | | Matthew Jacobs | | |

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case   Initial Appearance   Appointment of Counsel

\* Court does not question defendant as to true name.

\* Defendant is arraigned under name on the Indictment.

\* Defendant acknowledges having read the Indictment and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Indictment.

\* This case is assigned to Judge George H Wu.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/25/2025 9:00 AM

\* The parties are referred to Judge Wu's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

Judge Wu is located in 9D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA     PSAED     PSASA
    USMLA     USMED     USMSA
    Statistics Clerk         Interpreter
    CJA Supervising Attorney  Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 04
Initials of Deputy Clerk: ER by TRB