```
 1  BILAL A. ESSAYLI
    First Assistant United States Attorney
 2  IAN V. YANNIELLO
    Assistant United States Attorney
 3  Chief, National Security Division
    KHALDOUN SHOBAKI (Cal. Bar No. 232864)
 4  Assistant United States Attorney
    National Security Division
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0759
 7       Facsimile: (213) 894-2927
         E-mail:    khaldoun.shobaki@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-836-GW |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| SAMAN DELAFRAZ and BENJAMIN DANESHGAR, | **[PROPOSED] TRIAL DATE: 9/22/2026** |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on November 10, 2025. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from November 25, 2025, to September 22, 2026 at 8:30 a.m. A pretrial conference is set for September 10, 2026 at 8:00 a.m.

2. The time period of November 25, 2025, to September 22, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on September 22, 2026 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

//
//
//

1   the Speedy Trial Act may in the future authorize the exclusion of
2   additional time periods from the period within which trial must
3   commence.
4          IT IS SO ORDERED.

6    November 12, 2025                          [signature: George H. Wu]
      DATE                                    HONORABLE GEORGE H. WU
7                                             UNITED STATES DISTRICT JUDGE

10  Presented by:
11       /s/
    KHALDOUN SHOBAKI
12   Assistant United States Attorney