Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendant Saman Delafraz*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMAN DELAFRAZ,<br><br>Defendants. | Case No. 2:25-CR-836-AB<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Stipulation to Modify Conditions of Pretrial Release]* |

The Court, having considered the stipulation of the parties to modify conditions of pretrial release (the "Stipulation"), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS the Pretrial release conditions of Defendant Saman Delafraz, *see* ECF 27, modified as follows:

1. No affidavit of surety with deeding of property (*i.e.*, Property Bond) shall be required. ECF 27 ¶ 3(c).

2. The $25,000 Cash Deposit is ordered exonerated.

IT IS SO ORDERED

//

//

1

1
2
3
_____          _____
4  Date                                The Honorable Michael B. Kaufman
                                       United States Magistrate Judge
5
6  Presented by:
7  */s/ Matthew Jacobs*
8  Matthew Jacobs
   *Attorney for Defendant Saman Delafraz*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28