Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendant Saman Delafraz*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SAMAN DELAFRAZ,<br><br>Defendants. | Case No. 2:25-CR-836-AB<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Stipulation to Modify Conditions of Pretrial Release]* |

The Court, having considered the stipulation of the parties to modify conditions of pretrial release (the "Stipulation"), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS the pretrial release conditions of Defendant Saman Delafraz ("Defendant") modified to permit contact between Defendant and individual referred to in the Complaint as Coconspirator F (whose identity is known to the Government and Defendant) while Defendant and Coconspirator F are in the same location for a religious ceremony expected to occur in May 2026, provided that Defendant and Coconspirator F do not discuss this criminal case.

IT IS SO ORDERED

//

1

_____          _____
Date                                        The Honorable André Birotte Jr.
                                               United States District Judge

Presented by:

/s/ Matthew Jacobs
_____
Matthew Jacobs
*Attorney for Defendant Saman Delafraz*