# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SAMAN DELAFRAZ,<br><br>Defendants. | **Case No. 2:25-CR-836-AB**<br><br>**[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Stipulation to Modify Conditions of Pretrial Release]* |

1

The Court, having considered the stipulation of the parties to modify conditions of pretrial release (the "Stipulation"), and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS the pretrial release conditions of Defendant Saman Delafraz ("Defendant") modified to permit contact between Defendant and individual referred to in the Complaint as Coconspirator F (whose identity is known to the Government and Defendant) while Defendant and Coconspirator F are in the same location for a religious ceremony expected to occur in May 2026, provided that Defendant and Coconspirator F do not discuss this criminal case.

IT IS SO ORDERED

Dated: April 30, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

cc:   USPPO

1